IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**ENTERED**

**JAN 26 1999**

MICHAEL N. MILBY

| | |
|---|---|
| JEFFREY P. HARDCASTLE, et al § § § § | |
| v. § | CIVIL ACTION NO. H-97-2616 |
| TODAY'S NETWORK GROUP, INC., § et al § § § | |

### FINAL JUDGMENT

In accordance with the Court's Order of Dismissal, this action is DISMISSED without prejudice and all costs are taxed against the party incurring them.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, this 25th day of January, 19 99

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

\pldg\1145\2

41